IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**LAQUITA COOPER, individually and as
Daughter and next friend of Donald Cooper,**

    **Plaintiffs**

**vs.**                                                 **NO. 07-2283 STA\cgc**
                                                          **JURY DEMANDED**

**SHELBY COUNTY, TENNESSEE;
CORRECTIONAL MEDICAL
SERVICES, INC.,**

    **Defendants.**

---

**ORDER CLARIFYING ORDER TO COMPEL**

---

The Defendants have jointly moved to clarify the Court's Order docketed August 7, 2009 to reflect that it pertained to both Defendants and they asked the Court to set a deadline for compliance by the Plaintiff. (D.E. #23, Joint Motion to Compel; D.E. #25, Order).

For good cause shown, the motion is granted and the Order granting the motion to compel is modified as follows:

The Plaintiff is hereby ordered to respond fully and completely, without objection, to all outstanding discovery requests on or before September 3, 2009. The failure to comply could result in sanctions in accordance with Rule 37 (b) (2) (A) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 21st day of August, 2009.

                                                                         s/ Charmiane G. Claxton
                                                                         CHARMIANE G. CLAXTON
                                                                         UNITED STATES MAGISTRATE